UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. BEAVERS,<br><br>  Plaintiff,<br><br> v.<br><br>J. SOTO-ENRIQUEZ, et al.,<br><br>  Defendants. | Case No. 2:23-cv-01835-WLH-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 46). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment (Dkt. 35) is **DENIED** as to Claim One (Plaintiff's § 1983 excessive force claim against Defendant Soto-Enriquez for violating the Eighth Amendment) and Claim Two (Plaintiff's § 1983 failure to protect claim against Defendant Urias for violating the Eighth Amendment), but Defendants' motion is **GRANTED** as to

1  Claim Three (Plaintiff's § 1983 retaliation claim against Defendant Soto-Enriquez
2  for violating the First Amendment).  Claim Three is dismissed without prejudice as
3  unexhausted.

5  **IT IS SO ORDERED.**

7  DATED:  8/14/2025            _____
8                                              HON. WESLEY L. HSU
                                                UNITED STATES DISTRICT JUDGE